# EXHIBIT 1 -
## Complaint

## CERTIFICATES

**Registration Number**
## VA 2-472-637
**Effective Date of Registration:**
December 19, 2025
**Registration Decision Date:**
December 19, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**    May 15, 2024 to July 15, 2024

### Title _____

| | |
|---|---|
| **Title of Group:** | Pikkii 2024 |
| **Number of Photographs in Group:** | 27 |

- **Individual Photographs:** PIK-02, PIK-04, PIK-06, PIK-07, PIK-08, PIK-09, PIK-10, PIK-11, PIK-12, PIK-14, PIK-15, PIK-16, PIK-18, PIK-19, PIK-20, PIK-21, PIK-22, PIK-23, PIK-25, PIK-26, PIK-27, PIK-28

  **Published:** May 2024

- **Individual Photographs:** PIK-01, PIK-05, PIK-17, PIK-24, PIK-29

  **Published:** July 2024

### Completion/Publication _____

Page 1 of 2

**Registration Number**

# VA 2-472-632

**Effective Date of Registration:**
December 19, 2025
**Registration Decision Date:**
December 19, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:    March 15, 2025 to March 15, 2025

### Title _____

|  |  |
|---|---|
| **Title of Group:** | Pikkii 2025 |
| **Number of Photographs in Group:** | 2 |
| • **Individual Photographs:** | PIK-03, PIK-13 |
| **Published:** | March 2025 |

### Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2025 |
| **Earliest Publication Date in Group:** | March 15, 2025 |
| **Latest Publication Date in Group:** | March 15, 2025 |
| **Nation of First Publication:** | United States |

### Author _____

|  |  |
|---|---|
| • **Author:** | Pikkii USA Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Pikkii USA Inc. |
|  | 1 Corporate Drive, Grantsville, MD, 21536, United States |

### Rights and Permissions _____

Page 1 of 2

Registration Number
# PA 2-558-058
**Effective Date of Registration:**
December 19, 2025
**Registration Decision Date:**
December 22, 2025

## Title

        **Title of Work:**   PIK-Video-01

## Completion/Publication

      **Year of Completion:**  2025
  **Date of 1st Publication:**  July 15, 2025
**Nation of 1st Publication:**  United States

## Author

       •      **Author:**  Pikkii USA Inc.
      **Author Created:**  entire motion picture
   **Work made for hire:**  Yes
        **Citizen of:**  United States

## Copyright Claimant

  **Copyright Claimant:**  Pikkii USA Inc.
                      1 Corporate Drive, Grantsville, MD, 21536, United States

## Limitation of copyright claim

**Material excluded from this claim:**  preexisting music

**New material included in claim:**  all other cinematographic material

## Rights and Permissions

  **Organization Name:**  Pikkii USA Inc.
         **Address:**  1 Corporate Drive
                    Grantsville, MD 21536 United States

## Certification

# PIKKII- Copyright Summary

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-01 | VA 2-472-637 / December 19,2025 |
| | PIK-02 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-03 | VA 2-472-632 / December 19, 2025 |
| | PIK-04 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-05 | VA 2-472-637 / December 19,2025 |
| | PIK-06 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-07 | VA 2-472-637 / December 19,2025 |
| | PIK-08 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-09 | VA 2-472-637 / December 19,2025 |
| | PIK-10 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-11 | VA 2-472-637 / December 19,2025 |
| | PIK-12 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-13 | VA 2-472-632 / December 19, 2025 |
| | PIK-14 | VA 2-472-637 / December 19,2025 |
| | PIK-15 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-16 | VA 2-472-637 / December 19,2025 |
| | PIK-17 | VA 2-472-637 / December 19,2025 |
| | PIK-18 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-19 | VA 2-472-637 / December 19,2025 |
| | PIK-20 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-21 | VA 2-472-637 / December 19,2025 |
| | PIK-22 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-23 | VA 2-472-637 / December 19,2025 |
| | PIK-24 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-25 | VA 2-472-637 / December 19,2025 |
| | PIK-26 | VA 2-472-637 / December 19,2025 |
| | PIK-27 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-28 | VA 2-472-637 / December 19,2025 |
| | PIK-29 | VA 2-472-637 / December 19,2025 |

| Image: | Name: | Reg # / Date |
|---|---|---|
| | PIK-Video-01 | PA 2-558-058 / December 19, 2025 |